# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BRYAN W. GEARY & JILL M. GEARY                                      Case Number: 05-74463
77 CENTER STREET                                SSN-xxx-xx-6773 & xxx-xx-9197
CRYSTAL LAKE, IL  60014

Case filed on:        8/30/2005
Plan Confirmed on:   10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,782.79          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | BRYAN W. GEARY | 0.00 | 0.00 | 727.17 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 727.17 | 0.00 |
| 001 | NET BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BECKET & LEE, LLP | 7,742.59 | 7,742.59 | 7,742.59 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 7,186.37 | 7,186.37 | 7,186.37 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 8,188.19 | 8,188.19 | 8,188.19 | 0.00 |
| 005 | J. JILL CREDIT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,117.15 | 23,117.15 | 23,117.15 | 0.00 |
|  | Grand Total: | 25,317.15 | 25,317.15 | 26,044.32 | 0.00 |

Total Paid Claimant:       $26,044.32
Trustee Allowance:         $1,738.47          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008           By  /s/Heather M. Fagan